# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS
HAMPSHIRE, SS:

Superior Court Department of the
Trial Court of the Commonwealth
Civil Action

Benjamin Maddison ,Plaintiff (s)

v.

No.
2080CV00126

Clay Dejano
Andrew Kohl
Shield Hotel Managment
Aidan Young ,Defendant (s)

**SUMMONS**

A TRUE AND
ATTESTED COPY
Joe LaFond
DEPUTY SHERIFF
11/17/2020

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

To the above-named Defendant   :  Andrew Kohl

You are hereby summonsed and required to serve upon
plaintiff    attorney, whose address is 29 Center St, Northampton MA 01060                    ,
an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Northampton, either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire at Northampton, the
day of                                                      , in the year of our Lord two thousand

*Harry Jekanawski. Jr.*

CLERK-MAGISTRATE

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.

COMMONWEALTH OF MASSACHUSETTS
HAMPSHIRE, SS:

Superior Court Department of the
Trial Court of the Commonwealth
Civil Action

No.
2080 CV 00128

A TRUE AND
ATTESTED COPY
JOE LAFOND
DEPUTY SHERIFF
11/17/2020

,Plaintiff (s)

Benjamin Maddison

v.

SUMMONS

,Defendant (s)

Clay Delano
Andrew Kohl
Shfield Hotel Managment
Aidan Young

To the above-named Defendant   :   Clay Delano

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

    You are hereby summonsed and required to serve upon
plaintiff    attorney, whose address is 29 Center Street Northampton MA 01060       ,
an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You are also required to file
your answer to the complaint in the office of the Clerk of this court at Northampton, either before
service upon plaintiff attorney or within a reasonable time thereafter.

    Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any
claim which you may have against the plaintiff which arises out of the transaction or occurrence
that is the subject matter of the plaintiff claim or you will thereafter be barred from making such
claim in any other action.

    Witness, Judith Fabricant, Esquire at Northampton, the

day of                                          , in the year of our Lord two thousand

Harry Jekanawski Jr.

CLERK-MAGISTRATE

Notes:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is
used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort - Motor Vehicle Tort - Contract - Equitable relief.