# EXHIBIT B

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): Benjamin Maddison<br>ADDRESS: PO Box 412 Hadley MA 01035 | | COUNTY: Hampshire<br>DEFENDANT(S): Clay Delano, Andrew Kohl, Sheiled Hotel Management, Aidan Yang |
| ATTORNEY:<br>ADDRESS: | | ADDRESS: 29 Center Street, 844 King St Northampton MA 01060 |
| BBO: | | |

| CODE NO. | TYPE OF ACTION AND TRACK DESIGNATION (see reverse side) | | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| AB1 | TYPE OF ACTION (specify): Civil involving mn.c.p., A | TRACK | ☐ YES  ☒ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A? ☐ YES ☒ NO

Is this a class action under Mass. R. Civ. P. 23? ☐ YES ☒ NO

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............................................................. $
  2. Total doctor expenses ............................................................. $
  3. Total chiropractic expenses ...................................................... $
  4. Total physical therapy expenses ................................................ $
  5. Total other expenses (describe below) ....................................... $
  Subtotal (A): $

B. Documented lost wages and compensation to date ....................... $
C. Documented property damages to date .................................... $
D. Reasonably anticipated future medical and hospital expenses ...... $100,000
E. Reasonably anticipated lost wages ........................................... $
F. Other documented items of damages (describe below)

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F): $

HAMPSHIRE SUPERIOR COURT

NOV 05 2020

HARRY JEKANOWSKI, JR
CLERK/MAGISTRATE

### CONTRACT CLAIMS
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $100,000

Signature of Attorney/ Unrepresented Plaintiff: X /s/

Date: 11/4/20

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.
Fed case: 3:20-CV-30089-MGM

### CERTIFICATION PURSUANT TO SJC RULE 1:18
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X

Date: